United States District Court
Northern District of California

1
2
3
4        UNITED STATES DISTRICT COURT
5        NORTHERN DISTRICT OF CALIFORNIA
6
7   SAMUEL HARRIS,
              Plaintiff,                    Case No. 14-cv-00581-JSC
8
9        v.                                 **ORDER OF DISMISSAL**
10  U.S. DEPARTMENT OF COMMERCE, et al.,
11            Defendants.

12       Plaintiff Samuel Harris, Jr., proceeding pro se, brought this action against the United States
13  Department of Commerce and David Spence. (Dkt. No. 1.) On March 14, 2014, after conducting
14  a review pursuant to 28 U.S.C. § 1915(e)(2), the Court dismissed Plaintiff's complaint but stated
15  that Plaintiff could file an amended complaint based on his age and disability claims. (Dkt. No.
16  7.) The Court warned Plaintiff that his failure to file an Amended Complaint by April 4, 2014
17  could lead to dismissal of his entire complaint with prejudice.
18       Plaintiff has not filed an Amended Complaint nor sought an extension of time to do so.
19  Accordingly, Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Clerk of Court is
20  directed to close the file in this case.
21       **IT IS SO ORDERED.**
22  Dated: April 29, 2014

                                               _____
                                               JACQUELINE SCOTT CORLEY
                                               United States Magistrate Judge