UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL HARRIS,<br>　　　　Plaintiff,<br>　　v.<br>U.S. DEPARTMENT OF COMMERCE, et al.,<br>　　　　Defendants. | Case No. 14-cv-00581-JSC<br><br>**JUDGMENT** |

Having dismissed Plaintiff's complaint with prejudice pursuant to 28 U.S.C. § 1915 and denied Plaintiff's motion to reconsider pursuant to Federal Rule of Civil Procedure 60(b), the Court hereby enters judgment for Defendants and against Plaintiff.

The Court certifies that any appeal taken from this judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated: August 21, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge